UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Glenn R. Wright,

    Plaintiff,

        v.                              Case No.   1:14cv116

Homeland Security/NSA-Ohio, *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 6, 2014 (Doc. 4).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 4) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 4) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the Report and Recommendation by the Magistrate Judge, the Complaint (Doc. 3) is **DISMISSED**.

    With respect to any application by plaintiff to proceed on appeal *in forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of any Order adopting this Report and Recommendation would not be taken in "good faith," and therefore **DENIES**

1

plaintiff leave to appeal *in forma pauperis*. Plaintiff is free to seek *in forma pauperis* status and proceed in the Court of Appeal.

    **IT IS SO ORDERED.**

                                           *s/Michael R. Barrett*
                                           Michael R. Barrett
                                           United States District Judge